IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMMIE YERKS,

    Plaintiff,

  v.

SANDRA MCARDLE, MAXIM PHYSICIAN RESOURCES, JOLINDA WATERMAN, LORI ALSUM, MR. GREER, MR. KALLAS, MS. DAANE, JOHN AND JANE DOE(S), DR. GAVIN, WISCONSIN DEPARTMENT OF CORRECTIONS, and WELLHART, LLC,

    Defendants.

Case No.  19-cv-595-wmc

---

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants on all federal claims, dismissing without prejudice all state law claims, and closing this case.

| /s/ | March 11, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |